# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIRST NONPROFIT INSURANCE COMPANY a/s/o SELF HELP MOVEMENT, INC.**<br><br>**Plaintiff**<br><br>**v.**<br><br>**MEENAN OIL LLC and LIMBACH CONSTRUCTION**<br><br>**Defendants** | **CIVIL ACTION**<br><br>**No. 20-cv-477-MMB** |

## ORDER RE: DEFENDANT MEENAN'S MOTION TO DISMISS

**AND NOW**, this 26th day of May, 2020, upon consideration of Defendant Meenan Oil's Motion to Dismiss, (ECF 2), Plaintiff's Opposition, (ECF 4), Defendant Meenan's Reply, (ECF 5), and Plaintiff's Sur-Reply, (ECF 6-1), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Defendant Meenan's Motion to Dismiss, (ECF 2), is **GRANTED** as to Count I and **DENIED** as to Count II.

2. Count I is **DISMISSED** without prejudice.  Plaintiff may file an amended complaint within thirty (30) days.

**BY THIS COURT:**

s/ Michael M. Baylson

**Michael M. Baylson**
**United States District Court Judge**