## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIRST NONPROFIT INSURANCE COMPANY a/s/o SELF HELP MOVEMENT, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**MEENAN OIL LLC and LIMBACH CONSTRUCTION,**<br><br>Defendants | **CIVIL ACTION NO. 20-CV-477** |

### ORDER

**AND NOW** this 2nd day of November, 2020, it is hereby **ORDERED** that for reasons stated in foregoing Memorandum, the Motion to Dismiss Amended Complaint is **GRANTED**, as to Count I only, with prejudice.

**BY THIS COURT:**

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**