IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST NONPROFIT INSURANCE COMPANY a/s/o SELF HELP MOVEMENT, INC.,<br><br>Plaintiff<br><br>v.<br><br>MEENAN OIL LLC and LIMBACH CONSTRUCTION,<br><br>Defendants | CIVIL ACTION NO. 20-CV-477 |

### ORDER RE: MOTION TO VACATE

For the reasons stated in the foregoing Memorandum, Defendant Meenan Oil's Motion to Vacate the May 26, 2021 Order is **DENIED**. The case remains dismissed with prejudice.

Defendant Meenan Oil must file any motion for fees or costs of other claims within twenty-one (21) days.

Dated: September 8, 2021

BY THIS COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 20\20-477 First Nonprofit v Meenan Oil\20cv477 order re mot to vacate 20210908.docx